# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>                              Plaintiff,<br><br>v.<br><br>DORAI HOME, INC., A DELAWARE CORPORATION, D/B/A WWW.DORAIHOME.COM,<br><br>                              Defendant. | Case No.: 3:25-cv-02697-JES-BJW<br><br>**ORDER GRANTING JOINT MOTION SETTING BRIEFING SCHEDULE AND HEARING FOR DEFENDANT'S FORTHCOMING MOTION TO DISMISS FIRST AMENDED COMPLAINT AND TO STRIKE**<br>**[ECF NO. 13.]** |

     Before the Court is Plaintiff SILVIA GARCIA ("Plaintiff") and Defendant DORAI HOME, INC.'s ("Dorai Home") Joint Motion to set the briefing schedule for Dorai Home's forthcoming Motion to Dismiss the First Amended Complaint ("FAC") and to Strike. Good cause appearing, the Court hereby **GRANTS** the Motion and **ORDERS** the following:

     (1)    Dorai Home will **FILE** its response to the FAC on or before December 15, 2025;

     (2)    Plaintiff will **FILE** an Opposition to Defendant's Motion, if any, on or before January 9, 2026;

     (3)    Dorai Home will **FILE** its Reply on or before January 16, 2026;

1  (4)  The Court **SETS** a hearing on the forthcoming Motion that will take place at
2  <u>2:30 p.m. on January 23, 2026</u>, in Courtroom 4B.
3  **IT IS SO ORDERED**.
4  Dated:  November 26, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge